[No. 7959–0–I.   Division One.   October 20, 1980.]

THE CITY OF SEATTLE, *Respondent,* v. LAMAR H. JEFFRIES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90920, Carolyn R. Dimmick, J., entered August

7, 1979. *Reversed* and *dismissed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.